IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| EDDIE PIKULIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:18-CV-004-D |
| § | |
| ASARCO, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

On February 21, 2019 the United States Magistrate Judge entered findings and conclusions on plaintiff's motion to enforce settlement agreement and defendant's cross-motion to enforce settlement agreement. The magistrate judge recommends that plaintiff's motion be denied and defendant's motion be granted. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Plaintiff's motion is denied, and defendant's cross-motion is granted.

**SO ORDERED**.

March 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE